# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 1 2018

Pablo Antonio VILLAVICENCIO CALDERON,

*Petitioner,*

Jefferson B. SESSIONS III, in his official capacity as the Attorney General of the United States; Kirstjen NIELSEN in her official capacity as Secretary of Homeland Security; Thomas DECKER, in his official capacity as New York Field Office Director for U.S. Immigration and Customs Enforcement;; and the U.S. DEPARTMENT OF HOMELAND SECURITY,

*Respondents.*

Case No. _____

[PROPOSED] ORDER TO SHOW CAUSE

Upon consideration of Petitioner's Application for Issuance of an Order to Show Cause pursuant to 28 U.S.C. §2243, the Verified Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241, and exhibits thereto, IT IS HEREBY ORDERED that:

1. Respondents are ORDERED to file a return on the Order to Show Cause why the Petition for Writ of Habeas Corpus and temporary preliminary injunction should not be granted by 6/25/18;

2. Petitioner shall have an opportunity to reply by 7/9/18;

3. This matter shall be heard by the Court on 7/20/18 at noon

4. Pending consideration, Respondents ARE HEREBY RESTRAINED from transferring the Petitioner from the New York City area;

5. Pending consideration, Respondents ARE HEREBY RESTRAINED from transferring the Petitioner from the jurisdiction of the New York Field Office of the Office of Enforcement and Removal Operations;

6. And such other and further relief as the Court may find appropriate;

7. Service of this Order shall be effected by Petitioner on the United States Attorney for the Southern District of New York by __6__ am/pm on __6/9/18__ and shall constitute good and sufficient service.

IT IS SO ORDERED:

Dated: __6/9/18__

_____
UNITED STATES DISTRICT JUDGE